UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| HOMER TED COX and BARBARA COX | CIVIL ACTION NO. 11-0375 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| UNITED STATES OF AMERICA and MILES G. CLAYTON, M.D. | MAGISTRATE JUDGE MARK HORNSBY |

## JOINT STIPULATION OF DISMISSAL

Now Into Court, through undersigned counsel, come plaintiff, Homer Ted Cox, and defendant, the United States of America, who suggest to the Court that the above numbered and titled action has been settled by way of compromise, and further suggests that plaintiff desires to dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41 (a) (1) (ii).

Respectfully submitted,

| | |
|---|---|
| NELSON & HAMMONS<br>A Professional Law Corporation | STEPHANIE A. FINLEY<br>UNITED STATES ATTORNEY |
| *s/ John L. Hammons* | *S/ John A. Broadwell* |
| JOHN L. HAMMONS, #6485<br>705 Milam Street<br>Shreveport, Louisiana 71101<br>(318) 227-2401; Fax: (318) 221-4762 | JOHN A. BROADWELL, No. 1733<br>Assistant United States Attorney<br>300 Fannin Street, Suite 3201<br>Shreveport, Louisiana 71101-3068<br>(318) 676-3610 // Fax: (318) 676-3642 |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |